No. 340, Misc.  TUCKER *v.* UNITED STATES.  C. A. 5th Cir.  Petition for writ of certiorari dismissed July 28, 1966, pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se.*  *Solicitor General Marshall* for the United States.

No. 251, Misc.  MAGUIRE ET AL. *v.* UNITED STATES. C. A. 10th Cir.  Petition for writ of certiorari dismissed as to petitioner Robert Charles Maguire August 25, 1966, pursuant to Rule 60 of the Rules of this Court.  Petitioner *pro se.*  *Solicitor General Marshall* for the United States.

No. 457.  BIRTCHER CORP. *v.* DIAPULSE CORP. OF AMERICA ET AL.  C. A. 2d Cir.  Petition for writ of certiorari dismissed August 31, 1966, pursuant to Rule 60 of the Rules of this Court.  *Gerald G. Kelly* for petitioner.  *Edwin J. Freedman* for respondents.

No. 335, Misc.  LUNA *v.* FIELD ET AL.  C. A. 9th Cir. Petition for writ of certiorari dismissed September 29, 1966, pursuant to Rule 60 of the Rules of this Court.